IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEVIN TIMOTHY JOHNSON et al       :        CIVIL ACTION

     vs.                         :        NO. 02-4679

FORD MOTOR COMPANY et al.         :

# O R D E R

BEFORE THE HONORABLE HARVEY BARTLE, III

    AND NOW, this      day of              , 2003, it appearing that a pleading has not been filed in response to the complaint and plaintiff has not filed with the clerk a request for default, it is hereby ORDERED that the case is dismissed for lack of prosecution.

                          BY THE COURT:

                          _____
                                                  J.